IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>STANISLAV GUTKIN, et.al.<br><br>Defendant. | **CRIM. NO.: 23-007 (RAM)** |

**INFORMATIVE MOTION**

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through the undersigned attorney, and very respectfully states and prays as follows:

On January 9, 2024 a Pretrial Conference took place where the parties notified active plea negotiations were ongoing to dispose of the case without the need of going to trial. The Government extended a Package Plea Offer until January 11, 2024 as detailed in Court during the hearing (Docket No. 135).

On January 11, 2024 attorneys for defendant's [1] Stanislav Gutkin, [2] Lawrence German and [3] Vladislav German, individually notified the Government their acceptance of the Package Plea Offer terms offered and the case will be disposed without the need of going to trial. Therefore, each applicable defendant ([1] Stanislav Gutkin and [3] Vladislav German) should be filing their respective Request for Change of Plea Motions within the deadlines set by the Court.

WHEREFORE, the United States respectfully requests this Honorable Court to take notice of the aforementioned.

**CERTIFICATE OF SERVICE**

I hereby certify that on this same date copy I electronically filed the above document with the Clerk of the Court using and CF/CM system which sends notifications of such filing to counsel for debtor(s) and all attorneys of record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 16th day of January, 2024.

**W. STEPHEN MULDROW**
United States Attorney

s/ WALLACE A. BUSTELO
Wallace A. Bustelo - G01407
Special Assistant United States Attorney
United States Attorney's Office
District of Puerto Rico
350 Carlos Chardón Street.
Torre Chardón Building, Suite 1201
Hato Rey, Puerto Rico 00918
Tel. (787) 766-5656; Fax. (787) 766-6219
Email: wallace.bustelo@usdoj.gov

s/ José A. Ruiz-Santiago
José A. Ruiz-Santiago
Assistant United States Attorney