IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | **CR. 23-007(RAM)** |
| Plaintiff | * | |
| v. | * | |
| **Stanislav Gutkin** | * | |
| Defendant | * | |

## Motion Requesting Setting of Change of Plea Hearing

**TO THE HONORABLE COURT**

**COMES NOW**, the defendant Stanislav Gutkin through his undersigned counsel and respectfully states and prays:

As indicated by the government in its Informative Motion at DE 138 an agreement has been reached that disposes of the instant case without a trial. Accordingly, a request is hereby made for the setting of a change of plea hearing .

On behalf of Mr. Stanislav Gutkin , by email, a draft of the proposed plea agreement has been requested from the government to be provided to defendant prior to the hearing for change of plea.

WHEREFORE ,it is respectfully requested the Court set a change of plea hearing .

Certificate of Service

It is hereby affirmed that the present motion is being filed through the electronic system of the Court which will notify and provide copy to the parties of record.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 16th day of January,2014.

S/ *Lydia Lizarribar-Masini*
**LYDIA LIZARRÍBAR-MASINI**
**USDC 124301**
**14 O'NEILL ST. SUITE A**
**HATO REY, PR  00918**
**TEL. 787-525-5462**
E-mail: lizarribarlaw@gmail.com