IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | Case Number 23-007 (RAM) |
| Plaintiff | * | |
| V. | * | |
| Stanislav Gutkin | * | |
| Defendant | * | |

**MOTION REQUESTING
RESCHEDULING OF CHANGE OF PLEA
HEARING SCHEDULED FOR 2/27/2024**

**TO THE HONORABLE COURT:**

**COMES NOW** defendant Stanislav Gutkin through the undersigned counsel and respectfully states and prays as follows:

The Change of Plea hearing of defendant Stanislav Gutkin is presently scheduled for February 27th 2024. A meeting has been scheduled for next Monday ,February 26 with government counsel to discuss clarification of certain matters in the version of facts . Due to this the defense will not be ready for a change of plea hearing the next day .

For the above stated reasons it is requested the change of plea hearing be continued and rescheduled to allow counsel to meet with government counsel and discuss and clarify the above indicated matter . It is informed that counsel Luis Rivera will also attend the meeting with the government .

The undersigned counsel is presently in Philadelphia attending a seminar by the Defender Services Office Training Division , Administrative Office of the United States Courts and was unable to meet prior to next Monday.

The request to reschedule the COP hearing was discussed with AUSA Jose Ruiz who advised there was no objection to the same.

WHEREFORE, it is respectfully requested that the Court take notice of the above and grant the present motion and reschedule the change of plea hearing of Stanislav Gutkin.

**RESPECTFULLY SUBMITTED.**

**CERTIFICATE OF SERVICE**: I hereby certify that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CM/ECF

system by the parties of record .

In San Juan, Puerto Rico, this 22nd of February 2024.

S/ Lydia Lizarribar-Masini
LYDIA LIZARRÍBAR-MASINI
USDC 124301
14 O'NEILL ST. SUITE A
HATO REY, PR  00918
TEL. 787-525-5462
E-mail: lizarribarlaw@gmail.com