**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA

v.

Stanislav Gutkin

**CASE NO.** 23-CR-007-01 (RAM)

JUDGMENT OF DISMISSAL

Defendant Stanislav Gutkin has been charged with the offense(s) of:

Counts 1-120 - 18:1347 AND 2 HEALTH CARE FRAUD
Count 121-122 - 18:1349 CONSPIRACY TO COMMIT HEALTH CARE FRAUD

It is hereby ORDERED and ADJUDGED that the case against this defendant be DISMISSED for the reason set forth below:

- [x] The Court has granted the motion of the government for dismissal with prejudice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,
- [ ] The Court has dismissed the charges without prejudice, for unnecessary delay, pursuant to Rule 48(b) of the Federal Rules of Criminal Procedure.
- [ ] The Court has dismissed the charges **without prejudice**, as defendant remains fugitive.
- [ ] The Court has dismissed the charges due to defendant's death.

IT IS SO ORDERED.

In San Juan, Puerto Rico, on August 7, 2024

S/Raul M. Arias-Marxuach
United States District Judge

DPR Forms. Rev. Feb. 2016